No. 592. DIAMOND P TRANSPORTATION CO. *v.* EASTERN STATE FARMER'S EXCHANGE. December 20, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. J. Harry LaBrum* and *James S. Benn, Jr.,* for petitioner. No appearance for respondent.

No. 622. SPEECE *v.* ILLINOIS. See *ante,* p. 659.

No. 643. HICKS *v.* ZERBST, WARDEN. January 3, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Scott Hicks, pro se.* No appearance for respondent.

No. 595. W. E. HEDGER TRANSPORTATION CORP. *v.* LLOYD. January 3, 1938. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Robert Ash* for petitioner. *Mr. John S. Powers* for respondent.

No. 555. HOFFERD, ADMINISTRATOR, *v.* COYLE, EXECUTOR, ET AL. January 3, 1938. Petition for writ of certiorari to the Supreme Court of Indiana denied. *Mr. B. F. Welty* for petitioner. *Mr. Albert H. Cole* for respondents.

No. 598. SPEAR ET AL. *v.* THOMPSON ET AL. January 3, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs.*